

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00605-CV

Michael Lawrence **SHALIT**,
Appellant

v.

Robin Lynn **SHALIT**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:  Beth Watkins, Justice
          Liza A. Rodriguez, Justice
          Lori I. Valenzuela, Justice

Delivered and Filed: October 30, 2024

DISMISSED

On August 13, 2024, the trial court signed an order in the underlying cause. On September 6, 2024, appellant filed a notice of appeal in the trial court, and on September 10, 2024, he filed a motion for extension of time to file his notice of appeal in this court. Appellant contends his motion for extension of time mistakenly identified the trial court cause number as 11-777 instead of the correct cause number, 11-177. This court docketed the appeal and motion for extension of time under Cause Number 04-24-00602-CV.

On September 11, 2024, the trial court forwarded appellant's notice of appeal to this court. That notice of appeal contained the correct trial court cause number, 11-177. This court subsequently docketed the notice of appeal under the cause number of this appeal, 04-24-00605-CV.

On September 27, 2024, this court granted appellant's motion for extension of time to file his notice of appeal in Cause Number 04-24-00602-CV. On September 29 and 30, 2024, appellant filed a docketing statement and paid a filing fee in this cause, Cause Number 04-24-00605-CV.

On October 8, 2024, appellant filed an "Unopposed Motion to Dismiss or Consolidate Appeal." In his motion, appellant explained the procedural history described above and represented that his appeals in both Cause Number 04-24-00602-CV and this cause number seek review of the same trial court order. He therefore asked this court to either dismiss the appeal in this cause number or to consolidate this appeal with Cause Number 04-24-00602-CV.

After consideration, we grant appellant's motion and dismiss the appeal in this cause number. We order the chief deputy clerk of this court to: (1) transfer the docketing statement, record, filing fee, and any future filings in this cause to Cause Number 04-24-00602-CV; and (2) update this court's records in Cause Number 04-24-00602-CV to reflect the correct trial court cause number, 11-177. Our opinion and judgment in this appeal do not otherwise affect appellant's appeal in Cause Number 04-24-00602-CV, which remains pending in this court.

PER CURIAM